# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-05160-SVW-MAR | Date | December 4, 2023 |
|---|---|---|---|
| Title | Sovath Heng v. Jesus A. Gamez | | |

**JS - 6**

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on October 11, 2023, issued an in chambers order/text only entry, granting plaintiff leave to file an amended complaint, no later than November 10, 2023.

Plaintiff has failed to comply with the Court's order.

No amended complaint having been filed, the case dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |